# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2125
LT Case No. 16-2007-CF-909-A

_____

JOSEPH ROBERT KOZLOWSKI,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
Jonathan David Sacks, Judge.

Matthew R. McLain, of McLain Law, P.A., Longwood, for Appellant.

No Appearance for Appellee.

May 14, 2026

PER CURIAM.

AFFIRMED.

LAMBERT, HARRIS, and KILBANE, JJ., concur.

————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————————